620

John BEARD v. STATE.

8 Div. 856.

Court of Appeals of Alabama.
Jan. 30, 1934.

BRICKEN, Presiding Judge.
Affirmed.

Bessie BEAUCHAMP v. STATE.

6 Div. 581.

Court of Appeals of Alabama.
May 8, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

Louvine BELL v. STATE.

7 Div. 28.

Court of Appeals of Alabama.

June 5, 1934.

Thos. W. Millican, of Fort Payne, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.

Marvin BENEFIELD v. STATE.

8 Div. 162.

Court of Appeals of Alabama.
May 21, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

Floyd BENSON v. STATE.

8 Div. 23.

Court of Appeals of Alabama.
March 19, 1935.

SAMFORD, Judge.
As required by the statute, we have read this entire record and find no questions presented worthy of consideration. The record is regular and free from error.

The judgment is affirmed.

Affirmed.

Isreal BERLIN v. CITY OF BIRMINGHAM.

6 Div. 758.

Court of Appeals of Alabama.
April 18, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

BIRMINGHAM ELECTRIC CO. v. C. D. BRYAN.

6 Div. 689.

Court of Appeals of Alabama.
Oct. 8, 1935.

Lange, Simpson & Brantley, of Birmingham, for appellant.

D. G. Ewing, of Birmingham, for appellee.

RICE, Judge.
Affirmed.